UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| CONSTANCE GLENN,<br><br>    Plaintiff,<br><br>vs.<br><br>PRINTING SPECIALTY, INC., GEORGIA DEPARTMENT OF LABOR, COMMISSIONER MARK BUTLER, GEORGIA DEPARTMENT OF LABOR (GDOL/DOL), UNEMPLOYMENT INSURANCE (UI), PANDEMIC UNEMPLOYMENT INSURANCE (PUA),<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 3:22-cv-0165-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to prosecute and failure comply with the Court's order that she file a properly amended complaint pursuant to LR 41.3(A)(2), NDGa.

Dated at Newnan, Georgia, this 2nd day of November, 2022.

                                            KEVIN P. WEIMER
                                            CLERK OF COURT

                                By:   s/ D. Barfield
                                            D. Barfield, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 2, 2022
Kevin P. Weimer
Clerk of Court
By:  s/ D. Barfield
      Deputy Clerk